UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District
Southern District of Texas
FILED

SEP 0 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOHNIE WISE | * |
| VS | * Civil No. B-04-153 |
| UNITED STATES OF AMERICA | * (Cr. No. B-98-415) |

## ORDER OF ADMINISTRATIVE TRANSFER

Due to conflict of interest, the above-captioned and numbered cause of action is hereby transferred to United States Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, this 1st day of September 2004.

Felix Recio
United States Magistrate Judge