UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHNIE WISE,<br>　　Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-04-153 |
| | § | |
| UNITED STATES OF AMERICA,<br>　　Respondent. | §<br>§<br>§ | |

United States District Court
Southern District of Texas
ENTERED

SEP 2 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Petitioner, Johnie Wise, has filed a Motion To Vacate, Set Aside, or Correct Sentence pursuant to Title 28 U.S.C. § 2255. Petitioner's Motion for Leave to Proceed *in Forma Pauperis* is hereby **GRANTED**. The United States Government is hereby ordered to file a response by November 8, 2004.

DONE at Brownsville, Texas, this 22nd day of September, 2004.

John Wm. Black
United States Magistrate Judge