IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOHNIE WISE,<br>  Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>  Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. B-04-153<br>C.R. No. B-98-415 |

ORDER

Petitioner's motion is untimely and his issue is procedurally barred under 28 U.S.C. § 2255, and, additionally, his issue does not warrant relief in any event. It is hereby ORDERED that Respondent's Motion to Dismiss is GRANTED.

SIGNED this _____ day of _____ 2004.

_____
UNITED STATES DISTRICT JUDGE