United States District Court
Southern District of Texas
FILED

NOV 0 2 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT

BROWNSVILLE, TEXAS

Johnie Wise ]
]
v. ] NO. 04-CV-153
]
United States of America ]

DEMAND TO TAKE JUDICIAL NOTICE

Johnie Wise, a non-14th Amendment American national free-will sovereign hereby Demands this Court Take Judicial Notice pursuant to Rule 201(d), Federal Rules of Evidence (FRE) of the Admission by Party-Opponent, FRE Rule 801(d)(2) of the following:

1. A Request for Administrative Declaratory Order, pursuant to Title 5 USC § 554(e) was sent to Mr. John Ashcroft, Attorneys General, United States Department of Justice, Washington, D.C., under <u>CERTIFIED MAIL RRR 7000 1670 0009 3233 6030</u>, and received thereby with the return of the signed Green Card, with a five (5) page Affidavit of Facts attached, see 7 page Exhibit "A."

2. From the time of receipt to the present, October 26, 2004, **NO SUCH** requested Administrative Declaratory Order has been issued as requested to remove any uncertainty or to end a controversy, if any existed, on the part of the United States Attorneys General.

3. From the failure/refusal to issue the requested Administrative Declaratory Order, I, Johnie Wise, can only assume, there is no uncertainty or controversy on the part of the United States Attorneys General, and that the United States Attorneys

General has adopted the presumption of Johnie Wise as his own, to wit:

> Criminal activity has been committed by the following people: Jonathan L. Cain; FBI Agents Franklin Sharkey, and Thomas or David Church; Assistant United States Attorneys Mervyn M. Mosbacker, and Benigno Martinez; Probation Officers Richard Longoria and Linda Wise Marin; and United States District Judge Hilda G. Tagle; in a fraudulent scheme amounting to Civil RICO activity to stifle and punish for the free exercise of the freedom of speech guaranteed by Amendment Number One of the Constitution for the Uniteed States of America, by members of a lawful political government, the Republic of Texas, by committing violations of various sections of the United States Code (USC) in Case No. 98-CR-415, United States District Court, Brownsville, Texas, including but not limited to the following: Fraud, perjury, and aggravated perjury (18 USC 1001); Mail Fraud (18 USC 1341); Conspiracy (18 USC 371); Aiding and Abetting (18 USC 2); Extortion (18 USC 872); and Civil RICO (18 USC 1964), as well as their various oaths of office.

4. Therefore, Johnie Wise demands the Court take Judicial Notice, pursuant to Rule 201(d) of the FRE of the adoption of the presumption written in No. 3 above, as an Admission by Party Opponent pursuant to Rule 801(d)(2) FRE.

Dated: October 26, 2004                    Respectfully

                                           _____
                                           Johnie Wise, 82281-079
                                           P.O. Box 7000
                                           Texarkana, Texas   75505

                    CERTIFICATE OF SERVICE

   I certify that I have placed a copy of the **DEMAND TO TAKE JUDICIAL NOTICE** in the U.S. Mail on the _26_ day of October, 2004, addressed as below:

   U.S. Attorney
   600 E. Harrison
   Brownsville, Texas   78520

                                           _____
                                           Johnie Wise

July 19, 2004

**CERTIFIED MAIL RRR 7000 1670 0009 3233 6030**

Mr. John Ashcroft, Attorneys General
United States Department of Justice
10th and Constitution Ave., NW
Washington, D.C. 20530

RE: Request for Administrative Declaratory Order, 5 USC 554(e)

Dear Mr. Ashcroft;

I have included a five (5) page Affidavit of Facts for your review.

From the facts stated therein, my PRESUMPTION (UCC 1-201(31)) is:

Criminal activity has been committed by the following people: Jonathan L. Cain; FBI Agents Franklin Sharkey, and Thomas or David Church; Assistant United States Attorneys Mervyn M. Mosbacker, and Benigno Martinez; Probation Officers Richard Longoria and Linda Wise Marin; and United States District Judge Hilda G. Tagle; in a fraudulent scheme amounting to Civil RICO activity to stifle and punish for the free exercise of the freedom of speech guaranteed by Amendment Number One of the Constitution for the United States of America, by members of a lawful political government, the Republic of Texas, by committing violations of various sections of the United States Code (USC) in Case No. 98-CR-415, United States District Court, Brownsville, Texas, including but not limited to the following: Fraud, perjury, and aggravated perjury (18 USC 1001); Mail Fraud (18 USC 1341); Conspiracy (18 USC 371); Aiding and Abetting (18 USC 2); Extortion (18 USC 872); and Civil RICO (18 USC 1964), as well as their various oaths of office.

MY REQUEST IS: For you to examine the facts and the various USC sections for criminal activity and to issue an Administrative Declaratory Order, pursuant to your authority under Title 5 USC 554(e) for the purpose of removing any uncertainty and/or to terminate a controversy, if any such exists on your part, regarding my PRESUMPTION, above stated, as to my stated PRESUMPTION with regard to the fraudulent scheme with the conspiracy to accomplish the said scheme.

The normal and reasonable response time in commerce is ten (10) days, however, I will allow you a courtesy time of sixty (60) days from your receipt hereof in which time to respond, Should you fail/refuse to respond, I can only presume there is no controversy or uncertainty on your part as to my stated PRESUMPTION.

Thank you for your prompt attention to this matter.

Sincerely

EXHIBIT "A" 1-7

Johnie Wise, 82281-079
P.O. Box 7000, Texarkana, Texas 75505

Bowie County, Texas

## AFFIDAVIT OF FACTS

I, Johnie (NMN) Wise hereby affirm under penalty of perjury the following facts are from my personal knowledge and are true and correct.

1. My name is Johnie (NMN) Wise and I was born on February 27, 1926, in Jackson County, Kentucky.

2. I have no disabilities which would prevent me from making this Affidavit.

3. I am totally deaf in my right ear and have only 35 percent hearing in my left ear.

4. I could not hear and understand most of what went on during my criminal trial in Case No. 98-CR-415, in the United States District Court, Brownsville, Texas.

5. I relied totally on my attorney to my great detriment during all the proceedings in the Case in No. 4, above.

6. Some time during the year 1997, I became a Republic of Texas (ROT) member.

7. During ROT activities, I became acquainted with Jack Grebe, Jr., and Oliver Dean Emigh.

8. Some time in February or March of 1998, I became acquainted with Jonathan Cain as a result of my association with the ROT.

9. I went to Jonathan Cain's home (mobile home) approximately six (6) times after being invited to show Jonathan Cain how to make wine.

10. While showing/discussing how to set up the apparatus to make wine, I had to explain to Jonathan Cain the need for and

EXHIBIT "A" 2-7

**PAGE TWO - AFFIDAVIT OF FACTS - Johnie Wise**

reasons for a water lock during the process.

11. During the discussions as in No. 10, I had to explain to Jonathan Cain the main reason for the water lock was to keep unwanted bacteria out of the fermenting process.

12. The discussions in No. 11, necessitated a dicussion about bacteria which could and would contaminate the fermentation product.

13. The bacteria discussion was elaborated on at the request of Jonathan Cain, included a discussion about the different types of bacteria, including but not limited to: botulism, tetanus, and anthrax.

14. After I was indicted for violations of United States Code (USC) §§ 2332a(a)(2) and (c)(2)(C) and 18 USC § 2, in an eight (8) count Indictment, I was offered a Plea Agreement for 12 months incarceration, if I would testify against the Republic of Texas and it's officers and agents.

15. I refused the Plea Agreement on two basis, I was actually innocent of the charges and I knew the Federal government could not prove the charges and the Republic of Texas government and it's officers and agents had nothing to do with the alleged offenses, and I was not going to lie and say they did.

16. During the trial lies were repeatedly told by Jonathan Cain, in fact, Jonathan Cain's own father, Victor Cain, questioned by Mr. Uhles, attorney for Johnie Wise, labeled Jonathan Cain as a person who would not tell the truth "to make the part he's [Jonathan Cain] playing therein more important." Transcript, Vol. VI, page 1101, lines 1 through 24.

EXHIBIT "A" 3-7

**PAGE THREE - AFFIDAVIT OF FACTS - Johnie Wise**

17. Jonathan Cain admitted to lying, Transcript Vol. III, page 368, lines 22 - 24, about using a password for the library; "That was not true."

18. Jonathan Cain admitted to lying, Transcript Vol. III, page 417, lines 3 and 4, lying about the oath to the Republic of Texas, "But it was a lie?" "I'm afraid so, yes."

19. Jonathan Cain admitted to lying, Transcript Vol. III, page 418, lines 8 and 9, about having a publisher for Mr. Emigh, "The question was you lied to him about it." "Yes, I'm afraid I did."

20. Jonathan Cain admitted to lying, Transcript Vol. III, page 421, line 1 to 3, "You said things that weren't truthful on those tapes, didn't you?" "That's right."

21. During the trial, FBI Agent Sharkey admitted to someone not being accurate, Transcript Vol. V, page 850, line 3, "then apparently someone is not accurate." (lying).

22. FBI Agent Sharkey admitted he made a mistake (lied), Transcript Vol. V, page 862, line 4, "That's a mistake I made, yes."

23. FBI Agent Sharkey admitted "I [he] wrote inaccurately [lied], ..." Transcript Vol. V, page 864, line 4, and "have not done a thing to correct the mistake [lie]?" "That's true." Transcript Vol. V, page 864, lines 14 and 15.

24. FBI Agent Sharkey admitted he lied in an affidavit about when Jonathan Cain came to the FBI, Transcript Vol. V, page 889, lines 3 through 8.

EXHIBIT "A" 4-7

**PAGE FOUR - AFFIDAVIT OF FACTS - Johnie Wise**

25.  FBI AGent Sharkey lied by not telling the whole truth and committed fraud when he made statements in an affidavit from heresay and not from personal knowledge. Transcript, Vol. V, page 891, lines 2 - 7.

26.  During the trial there was no mention of the term "Federal crime of terrorism" nor Title 18 USC 2332b(g) in the Indictment, not presented to the jury and not found by the jury, but was introduced for the first time in the Presentence Investigation Report (PSI), thereby making the addition of the 12 points for USSG § 3A1.4(a) violative of the Sixth Amendment pursuant to BLAKELY vs. WASHINGTON, NO. 02-1632, decided June 24, 2004.

27.  Johnie Wise was found NOT GUILTY of Count 1 of the Indictment which contained the conspiracy charge and the conduct of the parties therein, making the enhancement for "conduct evidencing an intent to carry out the threat," as in USSG § 2A6.1(b)(1) and it's 6 point increase again violative of the Sixth Amendment pursuant to BLAKELY.

28.  The words, "the intended victims of the instant offense were government employees and members of their families and **THE OFFENSE OF CONVICTION WAS MOTIVATED BY SUCH STATUS**." was not in the Indictment Counts 5 and 6, which Johnie Wise was convicted of, nor was the above quoted words in the jury instructions, and the above quoted words were not listed in the jury verdict, making the addition of 3 points in USSG § 3A1.2(a) violative of the Sixth Amendment pursuant to BLAKELY.

EXHIBIT "A" 5-7

**PAGE FIVE - AFFIDAVIT OF FACTS - Johnie Wise**

29. <u>BLAKELY</u> stated, "Our precedents make clear, however, that the 'statutory maximum' for <u>Apprendi</u> purposes is the maximum sentence a judge may impose solely on the basis of the facts reflected in the jury verdict or admitted by the defendant." And, "because the ... sentencing procedure did not comply with the Sixth Amendment, ...[Johnie Wise's] sentence is invalid."

FURTHER AFFIANT SAYETH NOT

_____ Johnie Wise

I certify under penalty of perjury under the laws of the United States of America, the foregoing is true and correct. Signed on July 16, 2004.          28 USC 1746(1).

_____ Johnie Wise

EXHIBIT "A" 6-7



- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Mr. John Ashcroft, Attorneys General
United States Department of Justice
10th and Constitution Ave., NW
Washington, D.C. 20530

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X                                    ☐ Agent
    JUL 2 6 2004                     ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7000 1670 0009 3233 6030

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

EXHIBIT "A" 7-7