United States District Court
Southern District of Texas
FILED

NOV 2 2 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT

BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| JOHNIE WISE | ] | |
| | ] | C.A. NO. B-04-153 |
| v. | ] | |
| | ] | |
| UNITED STATES OF AMERICA | ] | Dated: November 15, 2004 |

## MOTION FOR LEAVE TO FILE OUT OF TIME

## REQUEST FOR EXTENSION OF TIME TO FILE

## TRAVERSE TO GOVERNMENT'S RESPONSE

Johnie Wise, a non-14th Amendment American national free-will sovereign, hereby <u>MOTION FOR LEAVE TO FILE OUT OF TTIME REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE TO GOVERNMENT'S RESPONSE</u>, and in support thereof would show the Court as follows:

   1.   The government's response to my 28 USC 2255 Motion was sent to the Movant, Johnie Wise on or about November 1, 2004, see Certificate of Service thereof.

   2.   Rule 12. Federal Rules of Criminal and Civil Procedure; Extent of Applicability, states:

>   "If no procedure is specifically prescribed by these rules, the district court may proceed in any lawful manner not inconsistent witth these rules, or any applicable statute, and may apply the Federal Rules of Criminal Procedure or the Federal Rules of Civil Procedure, whichever it deems most appropriate, to motions filed under these rules."

   3.   Because I am not learned in the law, nor an attorney, nor a lawyer, and as I only have an eighth (8) grade education, it will take me the length of time requested, to properly research, write and file the said traverse for the purpose of responding to the government's reply.

4. There being no time period in which to traverse the government's response therein mentioned, I have reverted to the Federal Rules of Civil Procedure, which mentions various time, ten (10) days, fourteen (14) days, twenty (20) days and sixty (60) days, and myself not being a scholar of the law need more time, at least thirty (30) more days, to file a traverse to the government's response, namely to the date of December 15, 2004.

5. There is no prejudice to the government or to the court for allowing this movant/traversor time until December 15, 2004, fo file his traverse.

THEREFORE, I would request the Court grant leave to file this out of time request and to grant the time to file the traverse until December 15, 2004.

Respectfully

/s/ Johnie Wise
Johnie Wise, 82281-079
P.O. Box 7000
Texarkana, Texas  75505

I certify under penalty of perjury under laws of the United States of America, the foregoing is true and correct.
Signed on November 15, 2004        28 USC 1746(1).

/s/ Johnie Wise
Johnie Wise

CERTIFICATE OF SERVICE

I certify that I have placed a copy of this MOTION FOR LEAVE ... in the U.S. Mail with sufficient prepaid postage on the 15 day of November, 2004, addressed as below:

U.S. Attorney
600 E. Harrison
Brownsville, Texas  78520

/s/ Johnie Wise
Johnie Wise