UNITED STATES DISTRICT COURT

BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
FILED

DEC 2 0 2004

Michael N. Milby
Clerk of Court

JOHNIE WISE ]
]
v. ] C.A. No. B-04-153
]
UNITED STATES OF AMERICA ]

### NOTICE OF WITHDRAWAL OF 2255 MOTION AND ALL MOTIONS

Johnie Wise, as a non-14th Amendment American national free-will sovereign with unlimited commercial liability and unlimited credibility, hereby gives this Court NOTICE OF WITHDRAWAL OF 2255 MOTION AND ALL MOTIONS, and in support would show this Court the following:

1. It appears I have made a mistake of law and a mistake of fact by dishonoring the government's and the Court's offers, by arguing the facts, evidence, law and procedure on the public side of the Court.

2. This Court is requested to withdraw/dismiss or otherwise dispose of this matter with no further action by the Court, the government, or the Movant.

3. Johnie Wise is preparing documents to operate on the private side of the Court to dispose of the entire case.

THEREFORE, the only action necessary is to dismiss/close this 2255 Motion Case.

CERTIFICATE OF SERVICE
I, certify I have placed a copy of this document in the U.S. Mail on the 12/14/04 day of December, 2004 addressed as below;

U.S. Attorney, 600 E. Harrison,
Brownsville, Texas 78520

_____
Johnie Wise

Respectfully

_____
Johnie Wise [82281-079]
P.O. Box 7000
Texarkana, Texas 75505