IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHNIE WISE,<br>Petitioner, | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. B-04-153 |
| UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§ | |

## ORDER

Petitioner, Johnie Wise (hereinafter "Wise"), filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C § 2255 filed on August 30, 2004. (Docket No.1). The Government filed an Answer (Docket No. 6), and in conjunction therewith, has filed a Motion for Summary Judgment, and a Motion for Dismissal (Docket No. 7) on November 1, 2004. Before the Court is Wise's Notice of Withdrawal of the § 2255 Motion and All Motions, filed on December 20, 2004. (Docket No. 11)

It is therefore, **ORDERED** that Wise's Motion to Vacate pursuant to § 2255 (Docket No. 1), Wise's Traverse to Government's Response to § 2255 (Docket No. 10), and Wise's Notice of Withdrawal of § 2255 Motion (Docket No.11) be **DISMISSED** without prejudice.

Done at Brownsville, Texas, this ___ day of _____, 20___.

Hilda G. Tagle
United States District Judge