B-04CV153
United States District Court
Southern District of Texas
FILED

MAR 15 2005

Michael N. Milby
Clerk of Court

Cameron County, Texas

# AFFIDAVIT OF EXPATRIATION

I, Johnie (nmn) Wise, hereby affirm the following facts are true, correct and complete according to my personal first hand knowledge.

1. I was born in Jackson County, Kentucky, on February 27, 1926.

2. I currently live in Cameron County, Texas.

3. I have no disabilities which would prevent me from making this Affidavit.

4. I am a Texas sovereign, freeman character who does and desires to operate under the common law whenever possible.

5. If any person construes any action of mine to make me a Citizen of the United States, I hereby renounce any such action resulting in my being deemed a Citizen of the United States.

6. I have never knowingly, intentionally, or voluntarily became a Citizen of the United States, especially under the Fourteenth Amendment to the Constitution for the United States and hereby renounce any such citizenship in the United States.

7. My expectation is for any person to treat me under the common law.

8. This Affidavit of Expatriation is made pursuant to the intent expressed in the "Act concerning the Rights of American Citizens in foreign States" of 1868 passed by the Congress of the United States of America assembled on July 27, 1868, and set forth in the United States Statutes at Large, Vol. 15 at page 223 and 224, wherein the claim of foreign allegiance should be promptly and finally disavowed.

9. I am an American national non-citizen free will character with no ties to the federal government operating in Washington, D.C.

FURTHER AFFIANT SAYETH NOT

Dated: _Dec. 12, 2004_      _Johnie Wise_
                             Johnie Wise

I swear under penalty of perjury the facts herein are true, correct and complete pursuant to the common law under two witnesses.

_Johnie Wise_ Johnie Wise

_Robert Louis Salter_            Robert Louis Salter
(common law witness signature)   (common law witness printed name)

_Michael Joseph Kearns_          Michael Joseph Kearns
(common law witness signature)   (common law witness printed name)

United States District Court
Southern District of Texas
FILED

MAR 15 2005

Michael N. Milby
Clerk of Court

COUNTY CLERK   Brownsville Tx.

01-08-05

B-04CV153

Dear Sir

I did not understand the imformation you needed to certfy the document brought to you by ms Wise would you send to me in writing what you require.to cereafy and sent to me

thank you Johnie Wise
Johnie Wise

Sent to Johnie Wise #82281-079-Unit G
    FCI
    P.O. Box 7000
    Texarcana, Texas 75505-7000